PROB 12C
(6/16)

Report Date: March 27, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Uriel Ponce | Case Number: 0980 4:16CR06048-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 27, 2018

| | |
|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine 21 U.S.C. §§ 841(a)(1)(B),(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 96 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: February 15, 2023 |
| Defense Attorney: | Gregory Lee Scott |
| | Date Supervision Expires: February 14, 2028 |

### PETITIONING THE COURT

To issue a summons.

On February 16, 2023, a probation officer reviewed the judgment with Mr. Ponce. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Ponce is considered to be in violation of his conditions of supervised release by being charged in Benton County District Court with two separate counts of violation of court order, on or about March 23, 2024.

On March 26, 2024, the undersigned officer conducted a records check on Mr. Ponce on the Judicial Access Browser System and discovered charges had been filed on Mr. Ponce for two separate counts of violation of court order, Benton County District Court, case number 4A0325566, which occurred on or about March 23, 2024.

According to the Kennwick Police Department reports, on March 23, 2024, Kennwick police responded at approximately 20:09 hours for an order violation incident that had occurred at 3131 W Hood Ave, Apartment A106 in Kennewick, Washington. The reporting

Prob12C  
**Re: Ponce, Uriel**  
**March 27, 2024**  
**Page 2**

party, M.O.D.,stated she had received numerous phone calls from different numbers. M.O.D. believed Mr. Ponce was using TextApp to call her and that is why they were coming from unknown numbers. When M.O.D. received a call from 509-616-9741, she answered and recorded the male on the other end of the line. M.O.D. uploaded this recording to evidence.com.

Officer Stanley from the Kennewick Police Department (KPD) was able to confirm that Mr. Ponce was the male in the video by comparing the video with Mr. Ponce's booking photos in Tyler, Tyler is a law enforcement management record system used by KPD. He was able to compare the voice in the video and the voice in the voice recording and determined it was likely Mr. Ponce calling.

Officer Stanley was able to confirm that Mr. Ponce had violated the Domestic Violence (DV) protection order and a citation was sent for two counts of DV order violation, pursuant to KMC 10.04.130.

2  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Ponce is considered to be in violation of his conditions of supervised release by being charged in Benton County District Court with five separate counts of violation of court order, on or about March 23, 2024.

On March 26, 2024, the undersigned officer conducted a records check on Mr. Ponce on the Judicial Access Browser System and discovered charges had been filed on Mr. Ponce for two separate counts of violation of court order, Benton County District Court, case number 4A0325565, which occurred on or about March 23, 2024.

According to the Kennwick Police Department (KPD) reports, on March 23, 2024, Kennewick police responded at approximately 20:09 hours for an order violation incident that had occurred at 3131 W Hood Ave, Apartment A106 in Kennewick, Washington. The reporting party, M.O.D.,stated she had received numerous phone calls from different numbers. M.O.D. believed Mr. Ponce was using TextApp to call her and that is why they were coming from unknown numbers. When M.O.D. received a call from 509-616-9741, she answered and recorded the male on the other end of the line. M.O.D. uploaded this recording to evidence.com.

Officer Stanley with the Kennewick Police Department was able to confirm that Mr. Ponce was the male in the video by comparing the video with Mr. Ponce's booking photos in Tyler. Tyler is a law enforcement management record system used by KPD. He was able to compare the voice in the video and the voice in the voice recording and determined it was likely Mr. Ponce calling.

Officer Stanley was able to confirm that Mr. Ponce had violated the Domestic Violence (DV) protection order and a citation was sent for five counts of DV order violation, pursuant to KMC 10.04.130.

Prob12C

**Re: Ponce, Uriel**
**March 27, 2024**
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 27, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge
March 28, 2024
Date